Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
VORNADO OFFICE MANAGEMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 103 (AKH)

WALBERTO PAREDES,                                          Index No.: 08-CV-2302

                              Plaintiff(s),               **NOTICE OF ADOPTION OF ANSWER
                                                          TO MASTER COMPLAINT**

        -against-
                                                          **ELECTRONICALLY FILED**

20 BROAD STREET CO., *et al.*,

                              Defendant(s).
-------------------------------------------------------X

        PLEASE TAKE NOTICE that Defendant, VORNADO OFFICE MANAGEMENT, LLC,

by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set

forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint

filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August

1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster

Site Litigation*, 21 MC 103 (AKH).

        WHEREFORE, the defendant, VORNADO OFFICE MANAGEMENT, LLC, demands

judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
      June 20, 2008

                    Yours etc.,

                    McGIVNEY & KLUGER, P.C.
                    Attorneys for Defendant
                    VORNADO OFFICE MANAGEMENT, LLC

                    By:
                        Richard E. Leff (RL-2123)
                        80 Broad Street, 23rd Floor
                        New York, New York 10004
                        (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel